■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS STANLEY, Appellant. [801 NYS2d 201]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered May 27, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Pine and Hayes, JJ.